# Third District Court of Appeal

## State of Florida

Opinion filed September 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2295
Lower Tribunal No. 19-22194
_____

**Emmanuel Pacin,**
Appellant,

vs.

**Nicole Granja,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Rhonda F. Goodman, P.A., and Rhonda F. Goodman, for appellant.

Abramowitz and Associates, and Jordan B. Abramowitz, for appellee.

Before EMAS, SCALES, and GOODEN, JJ.

SCALES, J.

Appellant Emmanuel Pacin (Father) seeks appellate review of a November 22, 2023 order dismissing Father's May 1, 2023 amended supplemental petition for modification of a final judgment of parental responsibility, timesharing, and child support (amended supplemental petition).

Appellee Nicole Granja (Mother) moved to dismiss Father's amended supplemental petition, asserting that Father had failed to allege sufficient facts entitling Father to relief and that Father had "unclean hands" barring Father's attempt to modify his obligations.

After conducting an October 9, 2023 hearing on Mother's dismissal motion, the trial court entered the challenged order that dismissed Father's amended supplemental petition without prejudice to file a second amended supplemental petition within twenty days of the order. While the trial court addressed the bases upon which Mother's dismissal motion was premised, the record is clear that the trial court contemplated Father filing an amended pleading rather than a new case. The challenged order, therefore, constitutes a non-final, non-appealable order. Obermark v. Obermark, 48. Fla. L. Weekly D 1891, 2023 WL 6165646, at *1 (Fla. 5th DCA Sept. 22, 2023).

Without expressing any opinion as to whether the trial court erred in entering the challenged order, we dismiss the appeal for lack of jurisdiction.

Appeal dismissed.